# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3992
_____

JACK D. BERGSTRESSER, JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

July 11, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jack D. Bergstresser, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.